AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

WAITHIRA NJENGA, )
)
)
)
Plaintiff )
v. ) Civil Action No.
SAN MATEO COUNTY; SAN MATEO ) C08-04019
COUNTY OFFICE OF EDUCATION; JEAN )
HOLBROOK, In Her Individual and Official )
Caacities; JEANNIE BOSLEY; In Her Individual ( cont'd on Attachment )
Defendant

ADR EDL

**Summons in a Civil Action**

To: ALL DEFENDANTS AS LISTED IN CAPTION ABOVE

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

FANIA E. DAVIS
4100 REDWOOD RD. #371
OAKLAND CA 94619
(510) 639-7096

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: AUG 2 2 2008

**CYNTHIA LENAHAN**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.


Date: _____

                                                                                                 Server's signature

                                                                                                 Printed name and title


                                                                                                    Server's address

ATTACHMENT TO SUMMONS

ADDITIONAL DEFENDANTS:

CAROL PEX, In Her Individual And Official Capacities; and DOES 1 THROUGH 10,