Fania E. Davis, Esq., SBN: 87268
4100 Redwood Road #371
Oakland, California 94619
Telephone       510.451.0104 Ext. 2
Facsimile:      510.451.5056
Email:          faniad@earthlink.net

Attorneys for Plaintiff
WAITHIRA NJENGA

JOHN A. SHUPE, Esq., SBN: 87716
Eric K Shuit, Esq., SBN: 156167
SHUPE AND FINKELSTEIN
177 Bovet Road,, Suite 600
San Mateo, CA 94402
Telephone:     650.341.3693
Facsimile:     650.341.1395

Attorneys for Defendants JEAN HOLBROOK
And JEANNIE BOSLEY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAITHIRA NJENGA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAN MATEO COUNTY SUPERINTENDENT OF SCHOOLS;  JEAN HOLBROOK, In Her Individual and Official Capacities; JEANNIE BOSLEY, In Her Individual and Official Capacities;  CAROL PEX, In Her Individual And Official Capacities; and DOES 1 THROUGH 10,<br><br>　　　　　Defendants. | Case No: C 08 04019 EDL<br><br>**STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND [~~PROPOSE~~D] ORDER** |

WHEREAS, Plaintiff seeks an Order granting her leave to file a First Amended Complaint; and

WHEREAS, Defendants have met and conferred with Plaintiff's counsel regarding the amended pleading; and

WHEREAS, the First Amended complaint, attached herewith, proposes to remove incorrectly named Defendants and add the correct name of the institutional Defendant;

**NOW, THEREFORE, IT IS HEREBY STIUPLATED AND AGREED AS FOLLOWS:**

Defendants do not oppose Plaintiff's request for an order from the Court granting leave to file the First Amended Complaint, attached herewith.   The parties agree to allow Defendants 20 days to file a responsive pleading.

DATED:  December 19, 2008

/s/
FANIA E. DAVIS
Attorneys for Plaintiff
WAITHIRA NJENGA

DATED:  December 19, 2008

/s/
JOHN A. SHUPE
Attorneys For Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 22, 2008

HON. ELIZABETH D. LAPORTE
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**
**C 08 04019 EDL**

2