John A. Shupe, Esq., SBN: 87716
Eric K. Shiu, Esq., SBN: 156167
SHUPE AND FINKELSTEIN
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone:   (650) 341-3693
Facsimile:   (650) 341-1395

Attorneys for Defendants COUNTY SUPERINTENDENT OF SCHOOLS, JEAN HOLBROOK and JEANNIE BOSLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAITHIRA NJENGA,<br><br>Plaintiff,<br><br>v.<br><br>SAN MATEO COUNTY SUPERINTENDENT OF SCHOOLS; JEAN HOLBROOK, In Her Individual and Official Capacities; JEANNIE BOSLEY, In Her Individual and Official Capacities; CAROL PEX, In Her Individual and Official Capacities; and DOES 1 THROUGH 10,<br><br>Defendants. | Case No: C08-04019 EDL<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; ORDER** |

The parties to this litigation, by and through their attorneys of record, do now stipulate and agree as follows:

1.  The parties will attend an all day mediation on March 23, 2009 in an effort to settle the case.

2.  A follow-up Case Management Conference is scheduled to occur the next day, March 24, 2009, at 10:00 am before Judge Laporte. The parties believe that it would be more efficient use of the Court's and parties' time if that Conference were continued to a date approximately one

//
//
//

month after the mediation, such as April 21, 2009 at 10:00 am. Thus, the parties stipulate to a continuance of the March 24, 2009 Conference to a date on or about April ~~21,~~ 2009, and request the Court to so order.   Updated joint case management statement due April 21, 2009.

Dated: March 19, 2009

                                      SHUPE AND FINKELSTEIN

                                      By_____
                                         John A. Shupe, Attorneys for Defendants

Dated: March 19, 2009                  LAW OFFICES OF FANIA DAVIS

                                      By:_____
                                         Fania Davis, Attorney for Plaintiff

**ORDER**

The Court, having reviewed the foregoing Stipulation, and finding good cause, does now enter its Order thereon continuing the March 24 Case Management Conference until April 21, 2009 at 10:00 am.

Dated: March _20_, 2009

                                         _____
                                         Elizabeth D. Laporte, Judge
                                         United States District Court

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Elizabeth D. Laporte]*