**United States District Court**
For the Northern District of California

1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8  WAITHIRA NJENGA,                              No. C-08-04019 EDL

9          Plaintiff,                            **ORDER FOLLOWING FURTHER CASE**
                                                 **MANAGEMENT CONFERENCE**
10     v.

11  SAN MATEO COUNTY,

12          Defendant.
                                       /

13

14         Following the Further Case Management Conference on April 28, 2009, it is ordered that:

15  1.     The discovery cutoff is extended to June 5, 2009.

16  2.     The last day to hear dispositive motions is advanced to July 28, 2009.  Motions shall be filed

17         no later than June 23, 2009.

18  3.     Initial expert disclosures are continued to August 11, 2009.  Rebuttal experts, if any, shall be

19         disclosed no later than August 18, 2009.  The expert discovery cutoff date is continued to

20         September 8, 2009.

21  4.     The pretrial conference remains scheduled on October 20, 2009.  Trial remains scheduled on

22         November 9, 2009.

23  5.     In all other respects, the Court's November 25, 2008 Case Management and Pretrial Order

24         for Jury Trial remains in effect.

25         **IT IS SO ORDERED.**

26  Dated: May 15, 2009

27                                              _____
                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California