FANIA E. DAVIS, Esq., SBN: 87268
4100 Redwood Road #371
Oakland, California 94619
Telephone:    510.451.0104 Ext. 2
Facsimile:    510.451.5056
Email:        faniad@earthlink.net

Attorneys for Plaintiff
WAITHIRA NJENGA

John A. Shupe, Esq., SBN 87716
Eric. K. Shieu, Esq., SBN 156167
SHUPE AND FINKELSTEIN
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone:    650.341.3693
Facsimile:    650.341.1395

Attorneys for Defendants
SAN MATEO COUNTY SUPERINTENDENT
OF SCHOOLS, JEAN HOLBROOK, JEANNIE
BOSLEY, CAROL PEX

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAITHIRA NJENGA,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAN MATEO COUNTY SUPERINTENDENT OF SCHOOLS; JEAN HOLBROOK, In Her Individual and Official Capacities; JEANNIE BOSLEY, In Her Individual and Official Capacities; CAROL PEX, In Her Individual And Official Capacities; and DOES 1 THROUGH 10,<br><br>          Defendants. | Case No: C08-04019 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT ORDER**<br><br>**[FRCP 16(b)(4)]** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Waithira Njenga and Defendants San Mateo County Superintendent of Schools, Jeannie Bosley, and Jean Holbrook hereby stipulate as follows:

WHEREAS, the parties enter into this stipulation to extend lay and expert discovery deadlines for good cause shown; and

WHEREAS, pursuant to the Court's May 15, 2009 Order Following Further Case Management Conference (and at the stipulated request of the parties), lay discovery cutoff was extended to June 5, 2009, dispositive motions filing cut-off to June 23, 2009, initial expert disclosures to August 11, 2009, expert discovery cut-off to September 8, 2009, with pretrial conference and trial remaining scheduled on October 20, 2009 and November 9, 2009; and

WHEREAS, since the recent Further Case Management Conference, the parties have met and conferred and come to partial agreement about a discovery dispute, exchanged nearly 2000 pages of documents, engaged in five depositions, and submitted part of a remaining discovery dispute to the Court for in camera review; and

WHEREAS, there remains a discovery dispute about the discoverability of information related to legal claims of discrimination against Defendants still to be resolved; and

WHEREAS, Plaintiff has begun but is unable to complete the depositions of Defendants until completion of the Court's in camera review; and

WHEREAS, the parties experienced delays in locating approximately four additional witnesses whose depositions still need to be taken; and

WHEREAS, there was a delay in completing the last three hours of Plaintiff's deposition because of clerical error and because of Plaintiff's mental health status which remains delicate; and

WHEREAS, it has become clear to the parties that, despite diligent efforts, their stipulated request to extend lay discovery to June 5, 2009 (rather selecting the later dates and time frame so graciously offered by the Court at the time), was based upon an overly optimistic assessment; and

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE,** based on the foregoing circumstances, to beseech the Court again to modify its Case Management Order for good cause to vacate the November 9, 2009 trial date, as well as the other deadlines and dates in the current scheduling order, to assign a new trial date in March 2010, and establish the following additional scheduling dates:

| | |
|---|---|
| Fact discovery Cut-Off | August 31, 2009 |
| Initial Expert Disclosure | September 15, 2009 |
| Rebuttal Expert Disclosures | September 30, 2009 |
| Expert Discovery Cut-Off | October 23, 2009 |
| Dispositive Motion Hearing | December 15, 2009 |
| Pre-Trial Conference Date | February 19, 2010 |

DATED: June 4, 2009

                                     /s/
FANIA E. DAVIS
Attorney for Plaintiff
WAITHIRA NJENGA

DATED: June 4, 2009

                                     /s/
JOHN SHUPE
SHUPE AND FINKELSTEIN
Attorneys for Defendants
SAN MATEO COUNTY
SUPERTINTENDENT OF SCHOOLS

IT IS SO ORDERED. The pretrial conference is scheduled for February 16, 2010. Trial is scheduled for March 8, 2010.

DATED: ___June 15___, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED* — Judge Elizabeth D. Laporte

STIPULATION TO MODIFY CASE MANAGEMENT ORDER
CASE NO. C08-04019 EDL

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 3:08-cv-04019-EDL   Document 29   Filed 06/15/09   Page 44 of 44

STIPULATION TO MODIFY CASE MANAGEMENT ORDER
CASE NO. C08-04019 EDL

4