United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   WAITHIRA NJENGA,                          No. C-08-04019 EDL

12              Plaintiff,                      **ORDER SETTING PRETRIAL AND
                                                TRIAL DATES**
13        v.

14   SAN MATEO COUNTY,

15              Defendant.
     _____/
16

17        Pursuant to the Court's November 25, 2009 Order, the parties filed a stipulation proposing

18   new pretrial and trial dates.  In accordance with that stipulation, as modified, the pretrial and trial

19   dates are continued as follows:

20   1.   Plaintiff's Opposition to Motion for Summary Judgment shall be filed no later than February

21        2, 2010.

22   2.   Defendants' Reply to Plaintiff's Opposition shall  be filed no later than February 9, 2010.

23   3.   The hearing on Defendant's Motion for Summary Judgment is set for February 23, 2010 at

24        9:00 a.m.

25   4.   The Pretrial Conference is set for April 27, 2010.

26   5.   Trial will begin on May 17, 2010 at 8:30 a.m.

27   6.   In all other respects, the Court's November 25, 2008 Case Management and Pretrial Order

28        for Jury Trial remains in effect.

     7.   A settlement conference shall be scheduled before another Magistrate Judge of this court.

1     Counsel will be contacted by that judge's chambers with a date and time for the conference

2     during February or March 2010, or as soon thereafter as is convenient to the judge's calendar.

3   **IT IS SO ORDERED.**

4   Dated: December 3, 2009

5                                          *Elizabeth D. Laporte*
                                           _____
                                           ELIZABETH D. LAPORTE
                                           United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2