IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAITHIRA NJENGA, | No. C-08-04019 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| SAN MATEO COUNTY, | |
| Defendant. | |

On April 6, 2010, Plaintiff filed a Request for Reconsideration of the Court's Order Granting Summary Judgment of Plaintiff's 42 U.S.C. § 1981 Claim Against Individual Defendants in their Individual Capacities. The Court construes this filing to be a Motion for Leave of Court to file a Motion for Reconsideration pursuant to Civil Local Rule 7-9(b)(3), alleging a "manifest failure by the Court to consider . . . dispositive legal arguments which were presented to the Court. . . ." Although Civil Local Rule 7-9 does not provide for a response, the Court requires a responsive brief from Defendant. Accordingly, no later than April 15, 2010, Defendant shall file a responsive brief not to exceed three pages.

**IT IS SO ORDERED.**

Dated: April 8, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge