Linda J. Lynch, Esq., SBN: 88811
John A. Shupe, Esq., SBN: 87716
Eric K. Shiu, Esq., SBN: 156167
LYNCH AND SHUPE, LLP
700 Airport Blvd., Suite 410
Burlingame, CA 94010
Telephone: (650) 579-5950
Facsimile: (650) 579-0300

Attorneys for Defendants COUNTY SUPERINTENDENT OF SCHOOLS, JEAN HOLBROOK and JEANNIE BOSLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAITHIRA NJENGA,<br><br>Plaintiff,<br><br>v.<br><br>SAN MATEO COUNTY SUPERINTENDENT OF SCHOOLS; JEAN HOLBROOK, In Her Individual and Official Capacities; JEANNIE BOSLEY, In Her Individual and Official Capacities; CAROL PEX, In Her Individual and Official Capacities; and DOES 1 THROUGH 10,<br><br>Defendants. | Case No: C08-04019 EDL<br><br>**STIPULATION FOR ENTRY OF ORDER DISMISSING ACTION WITH PREJUDICE; ORDER THEREON** |

The parties to this litigation, by and through their attorneys of record, do now stipulate and agree as follows:

1. The parties have settled this action, and there now has been a complete execution of all acts required by the settlement agreement except the filing of this stipulation for Order dismissing the entire action with prejudice.

2. Therefore, the parties now stipulate and agree that the Court should enter its Order dismissing this entire action, with prejudice.

//

//

//

Dated: July 12, 2010

LYNCH AND SHUPE, LLP

By _____
John A. Shupe, Attorneys for Defendants

Dated: July 12, 2010

LAW OFFICES OF FANIA DAVIS

By: _____
Fania Davis, Attorney for Plaintiff

**ORDER**

The Court, having reviewed the foregoing Stipulation, and finding good cause, does now Order that this action, in its entirety, is hereby DISMISSED, WITH PREJUDICE.

Dated: July 14, 2010



IT IS SO ORDERED
Judge Elizabeth D. Laporte

STIPULATION FOR ENTRY OF ORDER DISMISSING ACTION WITH PREJUDICE; ORDER THEREON Page 2